PS 8
(5/05)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

United States of America

vs.

<u>Tedje Menard</u>          Docket No. <u>0101 1:22CR10023-ADB-01</u>

**PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE**

The undersigned U.S. Probation and Pretrial Services Officer presents this report regarding defendant Tedje Menard , who was placed under pretrial release supervision by the <u>Honorable Jennifer C. Boal</u>, on <u>11/18/2021</u> under the following conditions:

1. Report to U.S. Probation and Pretrial Services as directed
2. Travel restricted to New England and Ohio for court purposes
3. Surrender passport to U.S. Probation and Pretrial Services by close of business on 11/19/21
4. Do not apply for a new passport while the instant case is pending
5. Maintain residence and not to relocate without prior approval from U.S. Probation and Pretrial Services
6. Defendant is not to possess the personally identifying information of others
7. Defendant is only to use his true name and identifying information
8. Defendant is not to apply for any new loans, benefits, credit cards. residences or bank accounts without prior approval from U.S. Probation and Pretrial Services
9. Defendant to participate in a mental health evaluation and any recommended treatment
10. Defendant not to possess a firearm, dangerous weapon or other destructive device
11. Defendant not to have contact with victims or witnesses unless in the presence of counsel; list to be provided by the government

And respectfully seeks action by the Court and for cause as follows:

On July 10, 2022, Mr. Menard was arrested by the Peabody Police Department for Assault and Battery on a Household Member. According to incident report 22-552-AR, Mr. Menard and his girlfriend were involved in a loud argument and a witness observed them shoving each other. Police responded and made contact with Mr. Menard's girlfriend, who confirmed they were in an argument that resulted in them pushing each other. Officers observed her lip to be bloody and swollen. Officers spoke to Mr. Menard who admitted that they had an argument and pushed each other. He denied injuring her lip in the process. Mr. Menard was placed under arrest. On July 11, 2022, Mr. Menard was arraigned at the Peabody District Court, case number 2286CR000565, for the offense Assault and Battery on a Household Member.

At this time, the U.S. Probation Office requests a Show Cause Hearing to address the above-note noncompliance.

**Petition for Action on Conditions of Pretrial Release**

PRAYING THE COURT WILL:

☐ Issue a warrant.
☒ Issue a summons for the defendant to appear for a show cause hearing.
☐ Other:

I declare under the penalty of perjury that the foregoing is true and correct.

    Executed on:  7/13/2022        Place: Boston, Massachusetts

/s/Matthew Weiland        Date:  7/13/2022
Matthew M. Weiland
United States Probation Officer

## ORDER OF COURT

☐ Warrant to issue.
☒ Summons to issue. Clerk to schedule show cause hearing.
☐ Other:

Considered and ordered this 13th day of July, 2022, and ordered filed and made part of the record in the above case.

_____
The Honorable Jennifer C. Boal
U.S. Magistrate Judge