UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Docket No. 1:22-cr-10023-ADB-1 |
| TEDJE MENARD | |

**DEFENDANT'S ASSENTED-TO MOTION TO TEMPORARILY MODIFY HIS CONDITIONS OF RELEASE TO PERMIT HIM TO TRAVEL TO FLORIDA**

The defendant, Tedje Menard, by and through undersigned counsel, hereby respectfully moves this Honorable Court to temporarily modify his conditions of release to permit him to travel to Coral Springs, Florida on November 23, 2022 and to return the District of Massachusetts on November 27, 2022.[1] As grounds therefor, the defendant's family is gathering at the defendant's aunt's home in Florida to celebrate Thanksgiving. Travel costs will be paid for by his family and he will stay at his aunt's home for the duration of the trip. The government and U.S. Probation do not object to the foregoing request as long as the defendant has coordinated with, and has obtained permission from, his probation officer who is supervising him in connection with his parole on a prior state conviction out of Ohio. The defendant has discussed his travel plans with his supervising state probation officer who has no objection to them as long as permission to travel has been granted by this Court.

WHEREFORE, the defendant respectfully requests this Honorable Court grant the foregoing motion and permit him to travel to Coral Springs, Florida and to return to the District of Massachusetts on November 27, 2022.

---

[1] The defendant's conditions restrict his travel to New England and Ohio for court purposes.

1

Dated: September 1, 2022                    Respectfully submitted,
                                            TEDJE MENARD
                                            By and through his attorney,

                                             /s/ *R. Bradford Bailey*
                                            R. Bradford Bailey, BBO#549749
                                            BRAD BAILEY LAW, P.C.
                                            44 School Street, Suite 1000B
                                            Boston, Massachusetts 02108
                                            Tel.: (857) 991-1945
                                            Fax: (857) 265-3184
                                            brad@bradbaileylaw.com

## Certificate of Service

    I, R. Bradford Bailey, hereby certify that on this the 1st day of September, 2022, I caused a true copy of the foregoing motion to be served upon all necessary parties via CM/ECF system.

                                             /s/ *R. Bradford Bailey*
                                            R. Bradford Bailey